UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.     CRIMINAL ACTION NO. 5:23-cr-000170

JERRY WAYNE STRAUGHN

**ORDER**

On August 27, 2024, all counsel and the Defendant appeared for a guilty plea hearing. Count Four of the Indictment charges the Defendant with knowingly and intentionally distributing a quantity of fentanyl and methamphetamine, in violation of 21 U.S.C. § 841(a)(1). [Doc. 1]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on August 27, 2024. [Doc. 54]. Objections in this case were due September 13, 2024. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 54**]. Due to the nature of the Plea Agreement, the Court **DEFERS** acceptance of the Plea Agreement and adjudication of guilt pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **DIRECTED**, if he has not yet done so, to begin participating in the ATC program. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER:        September 27, 2024

Frank W. Volk
Chief United States District Judge